UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JADE ROBERTSON, individually and on
Behalf of all others similarly situated,

      Plaintiff,

v.                                  CASE NO.:  0:18-cv-552-JNE/DTJ

CONVERGENT OUTSOURCING, INC. and
JOHN DOES 1-25,

      Defendants.
_____/

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

BEFORE THE COURT is the parties' Joint Stipulation for Dismissal With Prejudice and Without Costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, all claims and causes of action against Defendants are DISMISSED with prejudice.  Plaintiff and Defendant shall each bear their own costs and attorneys' fees.