UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jade Robertson, individually and on behalf of all others similarly situated, | Civil No. 18-552 (JNE/DTS) |
| Plaintiff, | |
| v. | ORDER |
| Convergent Outsourcing, Inc. and John Does 1-25, | |
| Defendants. | |

On June 4, 2018, the parties filed a Joint Stipulation for Dismissal with Prejudice. [Dkt. No. 10]  Based on the stipulation, this action is dismissed with prejudice, without taxation of costs or attorney fees to any party

IT IS SO ORDERED.


Dated:  June 5, 2018                              s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge